# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC. d/b/a MICHAEL GRECCO PHOTOGRAPHY, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>DAVE LEIP'S ATLAS OF U.S. ELECTIONS, LLC; and DOES 1 through 10 inclusive,<br><br>          Defendant. | Case No.:3:19-cv-00748-TJM-TWD<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Michael Grecco Productions Inc. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all claims against all defendants in the above captioned action with prejudice.

Defendants have neither answered Plaintiff's Complaint nor filed a Motion for Summary Judgment. Therefore, this matter may be dismissed without an Order of the Court. The parties shall bear their own attorneys' fees, expenses, and costs incurred in connection with the prosecution or defense of this action.

Dated: July 31, 2019

Respectfully submitted,

**/s/ Rayminh L. Ngo**
Rayminh L. Ngo, Esq.,
**HIGBEE & ASSOCIATES** (Of Counsel)
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8336
(714) 597-6729 facsimile
rngo@higbeeassociates.com
*Counsel for Plaintiff*